**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 19-30048-SMY |
| | ) | |
| vs. | ) | Title 18, |
| | ) | United States Code, |
| | ) | Sections 922(g)(1), 922(u), |
| BRADLEY N. BOSWELL, | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

**INDICTMENT**

APR 1 6 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE GRAND JURY CHARGES:

## COUNT 1

### STEALING FIREARMS FROM A FEDERAL FIREARMS LICENSEE

On or about February 9, 2019, in Madison County, Illinois, within the Southern District of Illinois,

**BRADLEY N. BOSWELL,**

defendant herein, did steal and unlawfully take and carry away from the inventory and premises of Benbow City Sports, a federal firearms licensee, the following firearms:

| No. | Type | Manufacturer | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|---|
| 1 | pistol | Ruger | LCP | .380 | 372023340 |
| 2 | pistol | Ruger | LCP | .380 | 372025529 |
| 3 | pistol | Ruger | LCP | .380 | 372051465 |
| 4 | pistol | Smith & Wesson | M76 | .9mm | 44330 |
| 5 | receiver | BCS | 224 | N/A | 00001 |
| 6 | receiver | BCS | 224 | N/A | 00002 |
| 7 | receiver | BCS | 224 | N/A | 00003 |
| 8 | receiver | BCS | 224 | N/A | 00004 |
| 9 | receiver | BCS | 224 | N/A | 00005 |
| 10 | receiver | BCS | 224 | N/A | 00006 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | receiver | BCS | 224 | N/A | 00007 |
| 12 | receiver | BCS | 224 | N/A | 00008 |
| 13 | receiver | BCS | 224 | N/A | 00009 |
| 14 | receiver | BCS | 224 | N/A | 00010 |
| 15 | receiver | BCS | 224 | N/A | 00011 |
| 16 | receiver | BCS | 224 | N/A | 00012 |
| 17 | receiver | BCS | 224 | N/A | 00013 |
| 18 | receiver | BCS | 224 | N/A | 00014 |
| 19 | receiver | BCS | 224 | N/A | 00015 |
| 20 | receiver | BCS | 224 | N/A | 00016 |
| 21 | receiver | BCS | 224 | N/A | 00017 |
| 22 | receiver | BCS | 224 | N/A | 00018 |
| 23 | receiver | BCS | 224 | N/A | 00019 |
| 24 | receiver | BCS | 224 | N/A | 00020 |
| 25 | rifle | BCS | 224 | 5.56 | 00020 |
| 26 | rifle | BCS | 224 | 5.56 | 00021 |
| 27 | rifle | BCS | 224 | 5.56 | 00022 |
| 28 | rifle | BCS | 224 | 5.56 | 00023 |
| 29 | rifle | BCS | 224 | 5.56 | 00024 |
| 30 | rifle | BCS | 224 | 5.56 | 00025 |
| 31 | rifle | BCS | 224 | 5.56 | A-10003 |
| 32 | rifle | BCS | 224 | 5.56 | A-10004 |
| 33 | receiver | BCS | 224 | N/A | A-10005 |
| 34 | receiver | BCS | 224 | N/A | A-10006 |
| 35 | receiver | BCS | 224 | N/A | A-10007 |
| 36 | receiver | BCS | 224 | N/A | A-10008 |
| 37 | receiver | BCS | 224 | N/A | A-10009 |
| 38 | receiver | BCS | 224 | N/A | A-10010 |
| 39 | receiver | BCS | 224 | N/A | A-10011 |
| 40 | receiver | BCS | 224 | N/A | A-10012 |
| 41 | rifle | BCS | 224 | 5.56 | A-10013 |
| 42 | receiver | BCS | 224 | N/A | A-10014 |
| 43 | receiver | BCS | 224 | N/A | A-10015 |
| 44 | receiver | BCS | 224 | N/A | A-10016 |
| 45 | receiver | BCS | 224 | N/A | A-10017 |
| 46 | receiver | BCS | 224 | N/A | A-10018 |
| 47 | receiver | BCS | 224 | N/A | A-10019 |
| 48 | receiver | BCS | 224 | N/A | A-10020 |
| 49 | receiver | BCS | 224 | N/A | A-10021 |
| 50 | receiver | BCS | 224 | N/A | A-10022 |
| 51 | machine | BCS | 224 | 5.56 | A-10025 |

| 52 | shotgun | Zhong Zhou | PW87 | 12 | PW87-006543 |
|---|---|---|---|---|---|
| 53 | shotgun | Cheetah Machine | M99 | 12 | M99-000077 |
| 54 | shotgun | Cheetah Machine | M99 | 12 | M99-000208 |
| 55 | shotgun | Cheetah Machine | M99 | 12 | M99-000445 |
| 56 | shotgun | CFT Leinad | unknown | 410 | B00006387 |
| 57 | pistol | Star/Spain | BM | .9mm | DBM104439 |
| 58 | pistol | Star/Spain | BM | .9mm | DBM104127 |
| 59 | pistol | Star/Spain | BM | .9mm | DBM104260 |
| 60 | shotgun | DOI | SAS-12 | 12 | 000002712 |
| 61 | shotgun | Remington | 870 | 12 | RF35561A |
| 62 | shotgun | FIE | SB | 410 | 906590 |
| 63 | shotgun | FIE | SB | 12 | 320897 |
| 64 | combo | Savage Arms | 24 | .22/20 | B928073 |
| 65 | revolver | Smith & Wesson | unknown | .38 | 90190 |
| 66 | pistol | Star Spain | BM | .9mm | SBM109842 |
| 67 | pistol | Star Spain | BM | .9mm | SBM109851 |
| 68 | pistol | Star Spain | BM | .9mm | SBM211939 |
| 69 | pistol | Star Spain | BM | .9mm | SBM212261 |
| 70 | pistol | Star Spain | BM | .9mm | SBM212262 |
| 71 | rifle | CZ Bruno | 98-22 | .8mm | C778 |
| 72 | receiver | BCS | TGM-9 | .9mm | TGM-00001 |
| 73 | receiver | BCS | TGM-9 | .9mm | TGM-00002 |
| 74 | receiver | BCS | TGM-9 | .9mm | TGM-00003 |
| 75 | receiver | BCS | TGM-9 | .9mm | TGM-00005 |
| 76 | shotgun | Remington | 870 | 20 | RF53810A |
| 77 | shotgun | Remington | 870 | 20 | RF53212A |
| 78 | machine | DLO | MK4 | .9mm | 800077 |
| 79 | receiver | BCS | EE | N/A | EE00001 |
| 80 | receiver | BCS | EE | N/A | EE00002 |
| 81 | receiver | BCS | EE | N/A | EE00003 |
| 82 | receiver | BCS | 224 | N/A | 00026 |
| 83 | receiver | BCS | 224 | N/A | 00027 |
| 84 | receiver | BCS | 224 | N/A | 00028 |
| 85 | receiver | BCS | 224 | N/A | 00029 |
| 86 | receiver | BCS | 224 | N/A | 00030 |
| 87 | receiver | BCS | 224 | N/A | 00031 |
| 88 | receiver | BCS | 224 | N/A | 00032 |
| 89 | receiver | BCS | 224 | N/A | 00033 |
| 90 | receiver | BCS | 224 | N/A | 00034 |
| 91 | receiver | BCS | 224 | N/A | 00035 |
| 92 | receiver | BCS | 224 | N/A | 00036 |

| 93 | receiver | BCS | 224 | N/A | 00037 |
|---|---|---|---|---|---|
| 94 | receiver | BCS | 224 | N/A | 00038 |
| 95 | receiver | BCS | 224 | N/A | 00039 |
| 96 | receiver | BCS | 224 | N/A | 00040 |
| 97 | receiver | BCS | 224 | N/A | 00041 |
| 98 | receiver | BCS | 224 | N/A | 00042 |
| 99 | receiver | BCS | 224 | N/A | 00043 |
| 100 | receiver | BCS | 224 | N/A | 00044 |
| 101 | receiver | BCS | 224 | N/A | 00045 |
| 102 | receiver | BCS | 224 | N/A | 00046 |
| 103 | receiver | BCS | 224 | N/A | 00047 |
| 104 | receiver | BCS | 224 | N/A | 00048 |
| 105 | receiver | BCS | 224 | N/A | 00049 |
| 106 | receiver | BCS | 224 | N/A | 00051 |
| 107 | receiver | BCS | 224 | N/A | 00051 |
| 108 | receiver | BCS | 224 | N/A | 00052 |
| 109 | receiver | BCS | 224 | N/A | 00053 |
| 110 | receiver | BCS | 224 | N/A | 00054 |
| 111 | receiver | BCS | 224 | N/A | 00055 |
| 112 | receiver | BCS | 224 | N/A | 00056 |
| 113 | receiver | BCS | 224 | N/A | 00057 |
| 114 | receiver | BCS | 224 | N/A | 00058 |
| 115 | receiver | BCS | 224 | N/A | 00059 |
| 116 | receiver | BCS | 224 | N/A | 00060 |
| 117 | receiver | BCS | 224 | N/A | 00061 |
| 118 | receiver | BCS | 224 | N/A | 00062 |
| 119 | receiver | BCS | 224 | N/A | 00063 |
| 120 | receiver | BCS | 224 | N/A | 00064 |
| 121 | receiver | BCS | 224 | N/A | 00065 |
| 122 | receiver | BCS | 224 | N/A | 00066 |
| 123 | receiver | BCS | 224 | N/A | 00067 |
| 124 | receiver | BCS | 224 | N/A | 00068 |
| 125 | receiver | BCS | 224 | N/A | 00069 |
| 126 | receiver | BCS | 224 | N/A | 00070 |
| 127 | rifle | BCS | 224 | 5.56 | 00071 |
| 128 | rifle | BCS | 224 | 300 | A-10004 |
| 129 | rifle | BCS | 224 | 5.56 | 00072 |
| 130 | rifle | BCS | 224 | 5.56 | 00073 |
| 131 | rifle | BCS | 224 | 5.56 | 00074 |
| 132 | rifle | BCS | 224 | 5.56 | 00075 |
| 133 | destructive device | BCS | M203 | .40mm | DSF2030015 |

| 134 | shotgun | BCS | M2 | 30 | 5508141 |
| 135 | machine | BCS | PSAK47 | 7.62 | AKB006805 |

which had been shipped or transported in interstate or foreign commerce; all in violation of Title 18 United States Code, Section 922(u).

## COUNT 2

### POSSESSION OF A FIREARM BY A FELON

On or about February 9, 2019, in Madison County, Illinois, within the Southern District of Illinois,

**BRADLEY N. BOSWELL,**

defendant herein, having previously been convicted on October 19, 2017, of a felony punishable by a term of imprisonment exceeding one year, namely, Domestic Battery, in Case No. 17CF2848 in the Third Judicial Circuit in Madison County, Illinois, did knowingly possess, in and affecting commerce, the firearms as described in Count 1; all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON

DONALD S. BOYCE
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention

5