IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 19-30048-SMY |
| vs. | ) | |
| | ) | |
| BRADLEY N. BOSWELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF FACTS**

The Government and the Defendant agree and stipulate as follows:

1. On or about February 9, 2019, 134 firearms were stolen and unlawfully taken by the Defendant Bradley N. Boswell from the inventory and premises of Benbow City Sports, a federal firearms licensee located in Wood River, Illinois. Wood River is located in Madison County and within the Southern District of Illinois. Among the firearms stolen from Benbow City Sports were the firearms listed in Count 1 of the Second Superseding Indictment.

2. On or about February 9, 2019, as a result of the unlawfully taking of firearms identified in Count 1 of the Second Superseding Indictment, the Defendant did possess those firearms after having been convicted of a felony offense.

3. The Defendant, at the time he possessed the weapons in Count 1, knew that he had been previously convicted on October 19, 2017, of a felony punishable by a term of imprisonment exceeding one year, namely Domestic Battery, in Case No. 17-CF-2848 in the Third Judicial Circuit in Madison County, Illinois.

4. ATF agents examined the firearms listed in Count 1 of the Second Superseding Indictment and determined that all of the firearms listed were manufactured outside of the State of

Illinois and, therefore, had been transported in interstate commerce to the State of Illinois prior to being stolen.

**So Stipulated**

_____
BRADLEY N. BOSWELL
Defendant

_____
DAVID BRENGLE
Attorney for Defendant

Date: 12/02/2019

STEVEN D. WEINHOEFT
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Date: 1/23/2020

2